# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# Western Division at Cincinnati

| | | |
|---|---|---|
| In re: | ) | Case Number# 11-11090 |
| | ) | |
| GLC Limited | ) | **Judge Hopkins** |
| | ) | |
| | ) | |
| Debtor-In-Possession | ) | Chapter 11 |

## NOTICE OF APPOINTMENT OF
## COMMITTEE OF UNSECURED CREDITORS

Please take notice that pursuant to 11 U.S.C. § 1102(a), Daniel McDermott, the United States Trustee for Region 9, has appointed the following creditors to serve on the Committee of Unsecured Creditors in this case.

Karen & Kevin Price (Kevin Price, Chairperson)
1260 W. Fitzgerald Lane
Bogart, GA 30622
770-855-4001

Tom E. Baugh, Jr.
4519 Sanderling Circle West
Boynton Beach, FL 33456
(561)-733-6521

J&M Brands, Mike Cheek representative
2875 Casa Del Rio Terrace
Jacksonville, FL 32257
(904) 370-1058

Maurice J. Koury (c/o Milton Petty)
P. O. Box 850
Burlington, NC 27216
(336) 570-2129

UGAPRICE, LLC
P.O. Box 789
Braselton, GA 30517
(404) 502-0504

Respectfully Submitted,

Daniel Mc.Dermott
United States Trustee

Date: March 7, 2011    /s/ Monica V. Kindt
Monica V. Kindt (#0073085)
Assistant United States Trustee
U.S. Department of Justice
Office of the United States Trustee
36 East Seventh Street, Suite 2030
Cincinnati, Ohio 45202
Phone: (513) 684-6988, ext. 226
Fax (513) 684-6994
e-mail: monica.kindt@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2011, a copy of the foregoing Notice of Appointment of Committee of Unsecured Creditors was served on the following registered ECF participants, electronically through the court's ECF System, at the email address registered with the court:

Frank W DeBorde fwd@mmmlaw.com, lwolgast@mmmlaw.com;wtate@mmmlaw.com

Ronald E Gold rgold@fbtlaw.com

/s/ Monica V. Kindt
Monica V. Kindt